FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 11 2004

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. _____ |
| | ) 18 U.S.C. § 1708: Theft of Mail |
| vs. | ) |
| | ) CR04  1550 |
| MICHAEL C. MORGAN, | ) |
| | ) |
| Defendant. | ) |

I N D I C T M E N T

The Grand Jury charges:

COUNT 1

On or about the 24th day of May, 2002, in Bernalillo County, in the State and District of New Mexico, the defendant, **MICHAEL C. MORGAN**, did knowingly steal, take and abstract from and out of the United States Post Office, Academy Station, located at 6255 San Antonio NE, Albuquerque, New Mexico 87109, a piece of mail addressed to Pedro L'esperance of Albuquerque, New Mexico.

In violation of 18 U.S.C. § 1708.

COUNT 2

On or about the 7th day of June, 2002, in Bernalillo County, in the State and District of New Mexico, the defendant, **MICHAEL C. MORGAN**, did knowingly steal, take and abstract from and out of the United States Post Office, Academy Station, located at 6255 San Antonio NE, Albuquerque, New Mexico 87109, a piece of mail addressed to Robert D. Kennedy of Albuquerque, New Mexico.

In violation of 18 U.S.C. § 1708.

## COUNT 3

On or about the 7th day of June, 2002, in Bernalillo County, in the State and District of New Mexico, the defendant, **MICHAEL C. MORGAN,** did knowingly steal, take and abstract from and out of the United States Post Office, Academy Station, located at 6255 San Antonio NE, Albuquerque, New Mexico 87109, a piece of mail addressed to Larice D. Connell of Albuquerque, New Mexico.

In violation of 18 U.S.C. § 1708.

## SENTENCING ALLEGATION

On or about each of the dates alleged in Counts 1, 2, and 3, the defendant, **MICHAEL C. MORGAN**, was an employee of the United States Postal Service who engaged in the theft and destruction of undelivered United States mail, thereby abusing a position of public trust in a manner that significantly facilitated the commission and concealment of each of the offenses alleged in Counts 1,2, and 3, as provided in U.S.S.G. §3B1.3

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney

_____        08/06/04  1:06pm